**Fill in this information to identify the case:**

Debtor Name Jesse Wayne Dawber

United States Bankruptcy Court for the: Southern                District of California
                                                                                                    (State)

Case number:  18-06044-LT11

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of 10/08/2018 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Debtor Jesse Wayne Dawber holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Sketchy Tank, LLC | 100% | I |
| Class War, Inc. | 100% | II |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Official Form 426          **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**



Debtor Name   Jesse Wayne Dawber _____        Case number 18-06044-LT11 _____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✗ _____ |
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| **For individual Debtors:** | ✗ _____ | ✗ _____ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Jesse Wayne Dawber | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date 10/23/2018 | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 426          Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability



Debtor Name  Jesse Wayne Dawber                                    Case number  18-06044-LT11

**Exhibit A: Financial Statements for** Sketchy Tank, LLC



Debtor Name  Jesse Wayne Dawber

Case number  18-06044-LT11

**Exhibit A-1: Balance Sheet for** Sketchy Tank, LLC **as of** 9/30/2018

Below is the balance sheet for the period from January 1, 2018 to and including September 30, 2018.  This information is provided by Sketchy Tank, LLC's accountant.



# Sketchy Tank LLC

## BALANCE SHEET

As of September 30, 2018

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CNB Checking *7846 | 26,441.35 |
| PayPal | 4,558.23 |
| **Total Bank Accounts** | **$30,999.58** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 69,056.32 |
| **Total Accounts Receivable** | **$69,056.32** |
| **Total Current Assets** | **$100,055.90** |
| Fixed Assets | |
| FA - Equipment | 4,207.17 |
| **Total Fixed Assets** | **$4,207.17** |
| **TOTAL ASSETS** | **$104,263.07** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 45,000.00 |
| **Total Accounts Payable** | **$45,000.00** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| Loan to/from CWI | 6,387.04 |
| Loan to/from Jesse Dawber | -16,638.77 |
| Payroll Liabilities | |
| CA PIT / SDI | 734.31 |
| CA SUI / ETT | 245.00 |
| Federal Taxes (941/944) | 4,756.92 |
| Federal Unemployment (940) | 105.00 |
| **Total Payroll Liabilities** | **5,841.23** |
| **Total Other Current Liabilities** | **$ -4,410.50** |
| **Total Current Liabilities** | **$40,589.50** |
| **Total Liabilities** | **$40,589.50** |
| Equity | |
| Opening Balance Equity | 5,695.60 |
| Owner's Investment | 59,815.38 |
| Retained Earnings | |
| Net Income | -1,837.41 |
| **Total Equity** | **$63,673.57** |
| **TOTAL LIABILITIES AND EQUITY** | **$104,263.07** |

**Note**
no assurance is provided

Debtor Name  Jesse Wayne Dawber

Case number  18-06044-LT11

**Exhibit A-2: Statement of Income (*Loss*) for** Sketchy Tank, LLC **for period ending** 9/30/2018

Below are statements of income (*loss*) for (a) the period from January 1, 2018 to and including September 30, 2018; and (b) the period from January 1, 2017 to and including December 31, 2017.  This information is provided by Sketchy Tank, LLC's accountant.



# Sketchy Tank LLC

## PROFIT AND LOSS

### January - September, 2018

| | JAN 2018 | FEB 2018 | MAR 2018 | APR 2018 | MAY 2018 | JUN 2018 | JUL 2018 | AUG 2018 | SEP 2018 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | |
| Sales | | | | 34,500.00 | 34,500.00 | 34,500.00 | 34,500.00 | 34,500.00 | 34,500.00 | $207,000.00 |
| **Total Income** | **$0.00** | **$0.00** | **$0.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$207,000.00** |
| GROSS PROFIT | **$0.00** | **$0.00** | **$0.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$34,500.00** | **$207,000.00** |
| Expenses | | | | | | | | | | |
| Advertising & Marketing | | | | | | | | 5.13 | 295.28 | $300.41 |
| Art Supplies | | | | | | | | 409.33 | | $409.33 |
| Auto | | | | | | | | | | $0.00 |
| Parking & Tolls | | | | | 31.95 | | | | | $31.95 |
| **Total Auto** | | | | | **31.95** | | | | | **$31.95** |
| Bank Charges & Fees | | 30.00 | 30.00 | 115.00 | 208.52 | 127.53 | 207.50 | 378.35 | 142.11 | $1,239.01 |
| Charitable Contributions | | | | | | | | 52.00 | | $52.00 |
| Contractors | 15,000.00 | 15,250.00 | 15,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | $159,250.00 |
| Design Development | | | | | | 945.63 | 352.37 | | | $1,298.00 |
| Dues & Subs | | 49.99 | 49.99 | 49.99 | 49.99 | 114.99 | 114.99 | 167.98 | 167.98 | $765.90 |
| Meals & Entertainment | | | | | 72.35 | | | 320.13 | 435.68 | $828.16 |
| Office Supplies & Software | | | | | 0.00 | 15.97 | 0.00 | 32.33 | | $48.30 |
| Payroll Expenses | | | | | | | | | | $0.00 |
| Taxes | | | | 144.38 | 288.75 | 288.75 | 350.00 | 411.25 | 339.50 | $1,822.63 |
| Wages | | | | 1,750.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | $19,250.00 |
| **Total Payroll Expenses** | | | | **1,894.38** | **3,788.75** | **3,788.75** | **3,850.00** | **3,911.25** | **3,839.50** | **$21,072.63** |
| Postage & Shipping | | | | | | | | 86.97 | | $86.97 |
| Reimbursable Expenses | | | | | 187.04 | | 14,761.89 | 280.00 | | $15,228.93 |
| Travel | | | | | 588.66 | | | 5,855.18 | | $6,443.84 |
| Utilities | | | | 119.54 | 119.54 | | 311.73 | 1,004.76 | 226.41 | $1,781.98 |
| **Total Expenses** | **$15,000.00** | **$15,329.99** | **$15,079.99** | **$21,178.91** | **$24,046.80** | **$23,992.87** | **$38,598.48** | **$31,503.41** | **$24,106.96** | **$208,837.41** |
| NET OPERATING INCOME | **$ -15,000.00** | **$ -15,329.99** | **$ -15,079.99** | **$13,321.09** | **$10,453.20** | **$10,507.13** | **$ -4,098.48** | **$2,996.59** | **$10,393.04** | **$ -1,837.41** |
| NET INCOME | **$ -15,000.00** | **$ -15,329.99** | **$ -15,079.99** | **$13,321.09** | **$10,453.20** | **$10,507.13** | **$ -4,098.48** | **$2,996.59** | **$10,393.04** | **$ -1,837.41** |

**Note**
no assurance is provided

5:27 PM

10/23/18

Cash Basis

**Sketchy Tank**
**Profit & Loss**
January through December 2017

|  | Jan - Dec 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Retail Income | 9,615.32 |
| **Total Income** | 9,615.32 |
| **Gross Profit** | 9,615.32 |
| **Expense** | |
| Dues and Subscriptions | 400.00 |
| Office Expense | 78.91 |
| Postage and Delivery | 450.94 |
| **Total Expense** | 929.85 |
| **Net Ordinary Income** | 8,685.47 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.18 |
| **Total Other Income** | 0.18 |
| **Net Other Income** | 0.18 |
| **Net Income** | **8,685.65** |

Page 1

Debtor Name   Jesse Wayne Dawber _____        Case number   18-06044-LT11 _____

---

**Exhibit A-3: Statement of Cash Flows for** Sketchy Tank, LLC **for period ending** 9/30/2018

Below are cash flow statements for (a) the period from January 1, 2018 to and including September 30, 2018; and (b) the period from January 1, 2017 to and including December 31, 2017.  This information is provided by Sketchy Tank, LLC's accountant.



# Sketchy Tank LLC

## STATEMENT OF CASH FLOWS

### January - September, 2018

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | -6,669.46 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable (A/R) | -69,056.32 |
| FA - Equipment | -4,207.17 |
| Accounts Payable (A/P) | 0.00 |
| Direct Deposit Payable | 0.00 |
| Loan to/from CWI | 51,842.61 |
| Loan to/from Jesse Dawber | -12,075.25 |
| Payroll Liabilities:CA PIT / SDI | 734.31 |
| Payroll Liabilities:CA SUI / ETT | 245.00 |
| Payroll Liabilities:Federal Taxes (941/944) | 4,756.92 |
| Payroll Liabilities:Federal Unemployment (940) | 105.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-27,654.90** |
| **Net cash provided by operating activities** | **$ -34,324.36** |
| FINANCING ACTIVITIES |  |
| Opening Balance Equity | 5,695.60 |
| Owner's Investment | 59,815.38 |
| **Net cash provided by financing activities** | **$65,510.98** |
| NET CASH INCREASE FOR PERIOD | **$31,186.62** |
| CASH AT END OF PERIOD | **$31,186.62** |

**Sketchy Tank**
## Statement of Cash Flows
**January through December 2017**

|  | Jan - Dec 17 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 8,685.65 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **CNB Visa 6790** | 3,454.60 |
| **Sketchy to/from CW (inter-C)** | -2,413.49 |
| **Net cash provided by Operating Activities** | 9,726.76 |
| **FINANCING ACTIVITIES** | |
| **Member Distribution:Jesse Dawber** | -126.26 |
| **Net cash provided by Financing Activities** | -126.26 |
| **Net cash increase for period** | 9,600.50 |
| **Cash at beginning of period** | 50,216.83 |
| **Cash at end of period** | **59,817.33** |

Debtor Name  Jesse Wayne Dawber                                          Case number 18-06044-LT11

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** Sketchy Tank, LLC **for period ending** September 30, 2018

Sketchy Tank, LLC has not had any changes in shareholders' equity.



Debtor Name   Jesse Wayne Dawber                                Case number   18-06044-LT11

**Exhibit B: Description of Operations for** Sketchy Tank, LLC

The Debtor is the 100% equity holder of Sketchy Tank, LLC., a graphic design company.

Official Form 426          Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability



American LegalNet, Inc.
www.FormsWorkFlow.com



Official Form 426          Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability



Debtor Name  Jesse Wayne Dawber

Case number  18-06044-LT11

**Exhibit A: Financial Statements for** Class War, Inc.



Debtor Name  Jesse Wayne Dawber                                    Case number  18-06044-LT11

---

**Exhibit A-1: Balance Sheet for** Class War, Inc. **as of** 9/30/2018

The following is the balance sheet for the period from January 1, 2018 to and including September 30, 2018.  This information is provided by Class War, Inc.'s accountant.


American LegalNet, Inc.
www.FormsWorkFlow.com

# Class War Inc.

## BALANCE SHEET

As of September 30, 2018

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 Bill.com Money Out Clearing | 0.00 |
| 1001 Paypal | 0.00 |
| 1004 Paypal Class War Inc | 21,942.39 |
| 1007 Amazon Pay Clearing | 0.00 |
| 1015 Petty Cash | 200.00 |
| 1020 City National Chk *3301 Retail | 34,629.35 |
| 1021 City National Chk *3484 Wholesale | 163,663.93 |
| 1022 City National Chk *7153 Operating | 35,279.07 |
| **Total Bank Accounts** | **$255,714.74** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 564,532.43 |
| **Total Accounts Receivable** | **$564,532.43** |
| Other Current Assets | |
| 1300 Inventory | |
| 1305 Production Inventory-Wholesale | 76,046.87 |
| 1310 Production Inventory-Web | 16,872.17 |
| 1330 Promo Inventory | 353.97 |
| 1335 AIMS Inventory | 0.00 |
| **Total 1300 Inventory** | **93,273.01** |
| 1400 Prepaid Expenses | 52,803.26 |
| 1440 Undeposited Funds | 20,914.99 |
| 1476 Loan to/from Lighthouse Strategic | 0.00 |
| 1480 Loan to/from STFU Inc | 45,000.00 |
| 1485 Loan to/from Sketchy Tank  LLC | -2,920.23 |
| 1490 Loan to/from THOM | 158,689.10 |
| 1900 Security Deposits | 170,500.00 |
| **Total Other Current Assets** | **$538,260.13** |
| **Total Current Assets** | **$1,358,507.30** |
| Fixed Assets | |
| 1500 Vehicles | 108,680.46 |
| 1520 Computers & Equipment | 23,249.26 |
| 1700 Accumulated Depreciation | -22,606.17 |
| **Total Fixed Assets** | **$109,323.55** |
| Other Assets | |
| 1550 Intellectual Property | 195,572.34 |
| 1560 Leasehold Improvements | 6,338.63 |
| **Total Other Assets** | **$201,910.97** |
| **TOTAL ASSETS** | **$1,669,741.82** |

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 1,735,768.80 |
| **Total Accounts Payable** | **$1,735,768.80** |
| Credit Cards | |
| 2100 City National *6790 | 0.00 |
| 2103 City National Bank 2532 Visa | 50.00 |
| 2105 Amex CC 1006 | 0.00 |
| 2110 Amex Delta Skymiles 61005 | 19,068.66 |
| **Total Credit Cards** | **$19,118.66** |
| Other Current Liabilities | |
| 2200 Payroll Liabilities | |
| 2210 Federal Taxes (941/944) | 0.00 |
| 2230 CA PIT / SDI | 0.00 |
| 2231 CA SUI / ETT | 73.88 |
| 2250 Federal Unemployment (940) | 336.00 |
| 2260 Employee Advance | 0.00 |
| 2265 Repayment | |
| 2268 Cash Advance Repayment | 0.00 |
| **Total 2265 Repayment** | **0.00** |
| **Total 2200 Payroll Liabilities** | **409.88** |
| 2300 Sales Tax Payable | 0.00 |
| 2305 StitchTaxAgency Payable | -4.20 |
| 2310 CA BOE Payable | 2,772.97 |
| **Total 2300 Sales Tax Payable** | **2,768.77** |
| 2320 Accrued Sales Rep Comm | 0.00 |
| 2400 Amex Clearing | 0.00 |
| 2405 Loan to/from Matt Roberts | 0.00 |
| 2410 CW to/from JD Creative | 0.00 |
| 2411 CW to/from Sketchy Tank | 0.00 |
| 2500 Loan to/from Shareholder - Jesse Dawber | 0.00 |
| 3000 Pension Plan Payable | 0.00 |
| 3020 Gift Certificates Outstanding | 50.00 |
| **Total Other Current Liabilities** | **$3,228.65** |
| **Total Current Liabilities** | **$1,758,116.11** |
| Long-Term Liabilities | |
| 3050 City National Loan | 73,134.61 |
| **Total Long-Term Liabilities** | **$73,134.61** |
| **Total Liabilities** | **$1,831,250.72** |
| Equity | |
| 3100 Opening Balance Equity | 0.00 |
| 3200 Owner Distribution | -1,595,432.49 |
| 3500 Retained Earnings | 1,709,732.27 |
| Net Income | -275,808.68 |
| **Total Equity** | **$ -161,508.90** |

|  | TOTAL |
|---|---|
| **TOTAL LIABILITIES AND EQUITY** | **$1,669,741.82** |

**Note**
no assurance is provided

Debtor Name  Jesse Wayne Dawber                                            Case number  18-06044-LT11

**Exhibit A-2: Statement of Income (*Loss*) for** Class War, Inc. **for period ending** 9/30/2018

The following are statements of income (*loss*) for (a) the period from January 1, 2018 to and including September 30, 2018; and (b) the period from January 1, 2017 to December 31, 2017.   This information is provided by Class War, Inc.'s accountant.



# Class War Inc.

## PROFIT AND LOSS

### January - September, 2018

|  | TOTAL |
|---|---|
| **Income** | |
| 4000 Sales - Wholesale | 0.00 |
| 4001 Sales - Specialty | 227,051.71 |
| 4003 Discounts - Specialty | -6,812.57 |
| 4004 Refunds - Specialty | -293.98 |
| 4005 Sales - Majors | 4,974,569.95 |
| 4007 Discounts - Majors | -998,110.95 |
| 4008 Refunds - Majors | -36,422.50 |
| 4009 Sales - AIMS | 37,571.19 |
| **Total 4000 Sales - Wholesale** | **4,197,552.85** |
| 4100 Sales - Retail | |
| 4112 Sales - Web | 330,632.30 |
| 4113 Discounts - Web | -4,535.20 |
| 4114 Refunds - Web | -5,884.85 |
| 4135 Sales - Samples | 19,492.00 |
| **Total 4100 Sales - Retail** | **339,704.25** |
| 4250 Royalty Income | 325,928.89 |
| 4300 Shipping Income - Wholesale | 6,899.33 |
| 4305 Shipping Income - Retail | 51,740.64 |
| 4600 Sales of Product Income | -847.50 |
| 4610 Uncategorized Income | -260.00 |
| **Total Income** | **$4,920,718.46** |
| **Cost of Goods Sold** | |
| 5000 Cost of Goods Sold | 3,208.40 |
| 5002 Screenprinting Specialty | 158,816.58 |
| 5005 Screenprinting Majors | 1,698,436.25 |
| 5010 Screenprinting Web | 171,949.61 |
| 5012 Screenprinting Print On Demand | 27,781.69 |
| 5015 Production Samples | 2,608.78 |
| 5017 PreProduction Samples | 1,697.75 |
| 5018 Print On Demand Samples | 2,311.55 |
| 5020 Supplies & Materials | 25,084.24 |
| 5050 Fulfillment, Freight & Delivery | 65,063.54 |
| **Total 5000 Cost of Goods Sold** | **2,156,958.39** |
| 5100 Merchant Fees | |
| 5105 Amazon Pay Fees | 698.68 |
| 5110 Paypal Fees | 4,893.23 |
| 5120 QuickBooks Payments Fees | 3,288.43 |
| 5130 Shopify Fees | 7,433.60 |
| 5143 Collection Agency Fees | 245.00 |
| **Total 5100 Merchant Fees** | **16,558.94** |
| 5200 Cost of E-goods | 326.00 |
| 5300 Royalty Expense | 852,072.13 |

|  | TOTAL |
|---|---|
| 5400 Inventory Storage | 4,200.00 |
| 5500 Cost of Goods Sold-1 | 0.00 |
| **Total Cost of Goods Sold** | **$3,030,115.46** |
| GROSS PROFIT | **$1,890,603.00** |
| Expenses |  |
| 6000 Advertising & Marketing |  |
| 6005 Digital Strategy | 59,860.60 |
| 6010 Print Advertising | 15,000.00 |
| 6015 Advertising Production | 10,681.00 |
| 6020 Events | 7,370.00 |
| 6025 Product Giveaways | 1,020.00 |
| 6090 Job Advertisements | 477.12 |
| **Total 6000 Advertising & Marketing** | **94,408.72** |
| 6100 Auto Expense |  |
| 6103 Fuel | 745.33 |
| 6106 Parking & Tolls | 1,494.76 |
| 6109 Repairs & Maintenance - Auto | 735.00 |
| **Total 6100 Auto Expense** | **2,975.09** |
| 6200 Bank Service Charges | 1,636.93 |
| 6450 Contract Labor | 102,573.98 |
| 6650 Dues & Subscriptions | 12,929.33 |
| 6850 Insurance |  |
| 6853 Business Owners Policy | 804.00 |
| 6875 Workers Comp | 1,652.00 |
| 6880 Auto Insurance | 1,124.00 |
| **Total 6850 Insurance** | **3,580.00** |
| 6900 Janitorial | 720.00 |
| 7150 Office Expenses | 4,555.81 |
| 7155 Mileage | 132.25 |
| 7160 Office Supplies | 1,784.96 |
| 7200 Payroll Expenses |  |
| 7510 Wages | 341,248.90 |
| 7650 Taxes | 29,577.54 |
| **Total 7200 Payroll Expenses** | **370,826.44** |
| 7250 Professional Fees |  |
| 7255 Accounting Fees | 15,959.20 |
| 7260 Legal Fees | 694,521.24 |
| 7265 Payroll Service Fees | 394.00 |
| 7275 Consulting Services | 490,392.00 |
| **Total 7250 Professional Fees** | **1,201,266.44** |
| 7380 Reimbursements | 439.10 |
| 7430 Rent or Lease | 33,300.00 |
| 7440 Research & Development |  |
| 7441 Art Supplies | 223.98 |
| 7442 Artwork | 452.91 |
| 7443 Product Development | 429.76 |
| **Total 7440 Research & Development** | **1,106.65** |
| 7470 Sales Rep Commissions | 59,188.93 |
| 7480 Security | 402.55 |

|  | TOTAL |
|---|---|
| 7700 Telephone | 468.91 |
| 7800 Travel & Entertainment |  |
| 7801 Transportation | 222,231.95 |
| 7805 Lodging | 12,960.44 |
| 7810 Meals | 15,831.48 |
| **Total 7800 Travel & Entertainment** | **251,023.87** |
| 7845 Small Tools & Equipment | 5,224.74 |
| 7850 Utilities | 2,840.29 |
| 7900 Charitable Contributions | 1,000.00 |
| **Total Expenses** | **$2,152,384.99** |
| NET OPERATING INCOME | $ -261,781.99 |
| Other Expenses |  |
| 6550 Depreciation Expense | 8,877.74 |
| 8000 Miscellaneous Expense | 52.69 |
| 8660 Interest Expense | 5,096.26 |
| **Total Other Expenses** | **$14,026.69** |
| NET OTHER INCOME | $ -14,026.69 |
| NET INCOME | $ -275,808.68 |

**Note**
no assurance is provided

**Class War, Inc.**
**INCOME STATEMENT**
**December 31, 2017**

| Accounts | Balance Per G/L 12/31/2017 | AJE'S REF | AJE'S Amount | Adjusted Balance 12/31/2017 | M-1'S | Tax Balance 12/31/2017 | Tax Groupings/ RJE'S REF | Tax Groupings/ RJE'S Amount | Tax Return 12/31/2017 |
|---|---|---|---|---|---|---|---|---|---|
| | CTB-1 | | | | | | | | |
| **INCOME:** | | | | | | | | | |
| Sales | 5,367,074.00 | | | 5,367,074.00 | 67,160.00 | 5,434,234.00 | | | 5,434,234.00 |
| Cost of Sales | | | | - | | - | | | - |
| Interest Income | - | | | - | | - | | | - |
| Miscellaneous Income | 1,182.00 | | | 1,182.00 | | 1,182.00 | | | 1,182.00 |
| | | | | | | | | | |
| **Total (Income)/Loss** | **5,368,256.00** | | **-** | **5,368,256.00** | | **5,435,416.00** | | | **5,435,416.00** |
| Cost of Goods Sold: | | | | - | | | | | |
| Purchases | | | | - | | - | | | - |
| Supplies | 36,167.00 | | | 36,167.00 | | 36,167.00 | | | 36,167.00 |
| Freight | 64,983.00 | | | 64,983.00 | | 64,983.00 | | | 64,983.00 |
| Costs of Labor | 3,572,478.00 | | | 3,572,478.00 | | 3,572,478.00 | | | 3,572,478.00 |
| | | | | | | | | | |
| **Total COGS** | **3,673,628.00** | | **-** | **3,673,628.00** | | **3,673,628.00** | | | **3,673,628.00** |
| **EXPENSES:** | | | | | | | | | |
| Administrative Salaries | | | | - | | - | | | - |
| Advertising | 149,871.00 | | | 149,871.00 | | 149,871.00 | | | 149,871.00 |
| Amortization Expense | - | AJE 3 | 6,519.00 | 6,519.00 | | 6,519.00 | | | 6,519.00 |
| Auto Expense | 4,586.00 | | | 4,586.00 | | 4,586.00 | | | 4,586.00 |
| Bad Debts | 25,996.00 | | | 25,996.00 | | 25,996.00 | | | 25,996.00 |
| Bank Charges | 2,109.00 | | | 2,109.00 | | 2,109.00 | | | 2,109.00 |
| Contract Labor | 63,832.00 | | | 63,832.00 | | 63,832.00 | | | 63,832.00 |
| Depreciation Expense | 3,569.00 | AJE 1 | 14,001.00 | 17,570.00 | | 17,570.00 | | | 17,570.00 |
| Dues & Subscriptions | 25,891.00 | | | 25,891.00 | | 25,891.00 | | | 25,891.00 |
| Equipment | 3,957.00 | | | 3,957.00 | | 3,957.00 | | | 3,957.00 |
| Gifts | 156.00 | | | 156.00 | | 156.00 | | | 156.00 |
| Ins - General | 1,797.00 | | | 1,797.00 | | 1,797.00 | | | 1,797.00 |
| Ins - Auto | 562.00 | | | 562.00 | | 562.00 | | | 562.00 |
| Ins - Workers Compensation | 2,728.00 | | | 2,728.00 | | 2,728.00 | | | 2,728.00 |
| Interest | 3,166.00 | | | 3,166.00 | | 3,166.00 | | | 3,166.00 |
| Meals & Entertainment | 17,752.00 | | | 17,752.00 | (8,876.00) | 8,876.00 | | | 8,876.00 |
| Mileage | 262.00 | | | 262.00 | | 262.00 | | | 262.00 |
| Office Expense | 6,286.00 | | | 6,286.00 | | 6,286.00 | | | 6,286.00 |
| Officer Compensation | - | AJE 4 | 90,000.00 | 90,000.00 | | 90,000.00 | | | 90,000.00 |
| Security | 471.00 | | | 471.00 | | 471.00 | | | 471.00 |
| Supplies | 6,374.00 | | | 6,374.00 | | 6,374.00 | | | 6,374.00 |
| Penalties | 2,936.00 | | | 2,936.00 | (2,936.00) | - | | | - |
| Product Development | 10,939.00 | | | 10,939.00 | | 10,939.00 | | | 10,939.00 |
| Professional Fees | 538,012.00 | | | 538,012.00 | | 538,012.00 | | | 538,012.00 |
| Rents | 30,100.00 | | | 30,100.00 | | 30,100.00 | | | 30,100.00 |
| Repair & Maintenance | 400.00 | | | 400.00 | | 400.00 | | | 400.00 |
| Salaries and Wages | 576,486.00 | AJE 4 | (90,000.00) | 486,486.00 | | 486,486.00 | | | 486,486.00 |
| Taxes - Payroll | 34,578.00 | | | 34,578.00 | | 34,578.00 | | | 34,578.00 |
| Telephone | 2,458.00 | | | 2,458.00 | | 2,458.00 | | | 2,458.00 |
| Travel | 79,428.00 | | | 79,428.00 | | 79,428.00 | | | 79,428.00 |
| Utilities | 3,914.00 | | | 3,914.00 | | 3,914.00 | | | 3,914.00 |
| | | | | | | | | | |
| **Total Expenses** | **1,598,616.00** | | **20,520.00** | **1,619,136.00** | **(11,812.00)** | **1,607,324.00** | | | **1,607,324.00** |
| **NET INCOME/(LOSS)** | **96,012.00** | | **(20,520.00)** | **75,492.00** | *N/A* | **154,464.00** | | *N/A* | **154,464.00** |

**PL**

Debtor Name   Jesse Wayne Dawber                                          Case number  18-06044-LT11

---

**Exhibit A-3: Statement of Cash Flows for** Class War, Inc. **for period ending** 9/30/2018

The following are cash flow statements for (a) the period from January 1, 2018 to and including September 30, 2018; and (b) the period from January 1, 2017 to December 31, 2017.   This information is provided by Class War, Inc.'s accountant.



# Class War Inc.

## STATEMENT OF CASH FLOWS

January - September, 2018

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | -275,808.68 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| 1200 Accounts Receivable | -201,527.02 |
| 1305 Inventory:Production Inventory-Wholesale | -76,046.87 |
| 1310 Inventory:Production Inventory-Web | 2,049.18 |
| 1330 Inventory:Promo Inventory | -353.97 |
| 1335 Inventory:AIMS Inventory | 0.00 |
| 1400 Prepaid Expenses | -48,014.90 |
| 1476 Loan to/from Lighthouse Strategic | 0.00 |
| 1480 Loan to/from STFU Inc | 8,272.27 |
| 1485 Loan to/from Sketchy Tank  LLC | -39,300.42 |
| 1490 Loan to/from THOM | -158,689.10 |
| 1900 Security Deposits | -155,000.00 |
| 1700 Accumulated Depreciation | 8,877.74 |
| 2000 Accounts Payable | 345,658.32 |
| 2103 City National Bank 2532 Visa | -5,324.62 |
| 2110 Amex Delta Skymiles 61005 | 19,033.22 |
| 2210 Payroll Liabilities:Federal Taxes (941/944) | 0.00 |
| 2230 Payroll Liabilities:CA PIT / SDI | -3,945.10 |
| 2231 Payroll Liabilities:CA SUI / ETT | -108.41 |
| 2250 Payroll Liabilities:Federal Unemployment (940) | 0.00 |
| 2300 Sales Tax Payable | -1,410.27 |
| 2305 Sales Tax Payable:StitchTaxAgency Payable | -3,787.45 |
| 2310 Sales Tax Payable:CA BOE Payable | 2,772.97 |
| 2400 Amex Clearing | -40,120.38 |
| 2405 Loan to/from Matt Roberts | 0.00 |
| 2410 CW to/from JD Creative | -17,578.57 |
| 2411 CW to/from Sketchy Tank | -31,934.61 |
| 2500 Loan to/from Shareholder - Jesse Dawber | 31,483.87 |
| 3020 Gift Certificates Outstanding | 50.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-364,944.12** |
| **Net cash provided by operating activities** | **$ -640,752.80** |
| INVESTING ACTIVITIES |  |
| 1520 Computers & Equipment | -8,845.34 |

|  | TOTAL |
| --- | --- |
| **Net cash provided by investing activities** | **$ -8,845.34** |
| FINANCING ACTIVITIES | |
| 3050 City National Loan | -22,566.12 |
| 3100 Opening Balance Equity | 0.00 |
| **Net cash provided by financing activities** | **$ -22,566.12** |
| NET CASH INCREASE FOR PERIOD | **$ -672,164.26** |
| Cash at beginning of period | 948,793.99 |
| CASH AT END OF PERIOD | **$276,629.73** |

# Class War Inc.

## STATEMENT OF CASH FLOWS

January - December 2017

|  | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | 96,012.09 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable | 457,247.26 |
| 1305 Inventory:Production Inventory-Wholesale | 0.00 |
| 1310 Inventory:Production Inventory-Web | -18,921.35 |
| 1400 Prepaid Expenses | -4,788.36 |
| 1480 Loan to/from STFU Inc | -8,272.27 |
| 1485 Loan to/from Sketchy Tank  LLC | -2,779.35 |
| 1900 Security Deposits | 0.00 |
| 1700 Accumulated Depreciation | 3,569.43 |
| 2000 Accounts Payable | 1,340,114.98 |
| 2100 City National *6790 | -11,358.53 |
| 2103 City National Bank 2532 Visa | 5,374.62 |
| 2105 Amex CC 1006 | -6,038.30 |
| 2110 Amex Delta Skymiles 61005 | 35.44 |
| 2210 Payroll Liabilities:Federal Taxes (941/944) | -33,444.20 |
| 2230 Payroll Liabilities:CA PIT / SDI | -10,988.78 |
| 2231 Payroll Liabilities:CA SUI / ETT | 182.29 |
| 2250 Payroll Liabilities:Federal Unemployment (940) | 168.00 |
| 2260 Payroll Liabilities:Employee Advance | 0.00 |
| 2268 Payroll Liabilities:Repayment:Cash Advance Repayment | 0.00 |
| 2300 Sales Tax Payable | -140.73 |
| 2305 Sales Tax Payable:StitchTaxAgency Payable | 3,783.25 |
| 2320 Accrued Sales Rep Comm | -15,208.04 |
| 2400 Amex Clearing | 19,713.22 |
| 2500 Loan to/from Shareholder - Jesse Dawber | -18,953.59 |
| 3000 Pension Plan Payable | -30,000.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **1,669,294.99** |
| **Net cash provided by operating activities** | **$1,765,307.08** |
| INVESTING ACTIVITIES | |
| 1500 Vehicles | -104,680.46 |
| 1520 Computers & Equipment | -8,114.18 |
| 1550 Intellectual Property | -195,572.34 |

| | TOTAL |
|---|---|
| **Net cash provided by investing activities** | **$ -308,366.98** |
| FINANCING ACTIVITIES | |
| 3050 City National Loan | 95,700.73 |
| 3100 Opening Balance Equity | 0.00 |
| 3200 Owner Distribution | -715,224.49 |
| **Net cash provided by financing activities** | **$ -619,523.76** |
| NET CASH INCREASE FOR PERIOD | **$837,416.34** |
| Cash at beginning of period | 111,377.65 |
| CASH AT END OF PERIOD | **$948,793.99** |

Debtor Name  Jesse Wayne Dawber

Case number  18-06044-LT11

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** Class War, Inc. **for period ending** 9/30/2018

Class War, Inc. has not had any changes in shareholders' equity.



Debtor Name   Jesse Wayne Dawber

Case number   18-06044-LT11

**Exhibit B: Description of Operations for** Class War, Inc.

The Debtor is the 100% equity holder of Class War, Inc., a brand agency.



Debtor Name   Jesse Wayne Dawber                          Case number  18-06044-LT11

## Exhibit C: Description of Intercompany Claims

Sketchy Tank, LLC and Class War, Inc. do not hold any claims against one another.


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor Name  Jesse Wayne Dawber

Case number  18-06044-LT11

**Exhibit D: Allocation of Tax Liabilities and Assets**

Sketchy Tank, LLC and Class War, Inc. do not allocate income, losses, tax payments, tax refunds, or other tax attributes between or among one another.


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor Name  Jesse Wayne Dawber                              Case number  18-06044-LT11

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Sketchy Tank, LLC and Class War, Inc. do not hold any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtor.

Official Form 426        Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability



CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

M. Douglas Flahaut (SBN 245558)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:      213.629.7400
Facsimile:       213.629.7401
E-mail:            douglas.flahaut@arentfox.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re Jesse Wayne Dawber

Debtor.

BANKRUPTCY NO. 18-06044-LT11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, ___M. Douglas Flahaut_____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On ___October 23, 2018_____ , I served the following documents:

Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___October 23, 2018_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

USTP.REGION15@USDOJ.GOV, tiffany.l.carroll@usdoj.gov, Elizabeth.C.Amorosi@usdoj.gov, ch11ecf@aldridgepite.com, david.a.ortiz@usdoj.gov, flahaut.douglas@arentfox.com, tgaran@aldridgepite.com, TSG@ecf.courtdrive.com, ustp.region15@usdoj.gov

☐    Chapter 7 Trustee:

☒    For Chpt. 7, 11, & 12 cases:      ☐  For ODD numbered Chapter 13 cases:      ☐  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE      THOMAS H. BILLINGSLEA, JR., TRUSTEE      DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov      Billingslea@thb.coxatwork.com      admin@ch13.sdcoxmail.com
                                                                              dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on ___10/23/2018_____          M. Douglas Flahaut;  /s/ M. Douglas Flahaut__
                    (Date)                                        (Typed Name and Signature)

                                                                 555 Fifth Street_____
                                                                 (Address)

                                                                 Los Angeles, CA 90013-1065_____
                                                                 (City, State, ZIP Code)

CSD 3010