MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Debtor-In-Possession CLASS WAR, INC.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JESSE DAWBER, an individual,<br><br>          Debtor-In-Possession.<br><br>JESSE DAWBER, an individual,<br><br>        Case No. 18-06044-LT11<br><br>CLASS WAR, INC., a California corporation,<br><br>        Case No. 19-00293-LT11<br><br>          Debtors.<br><br>[X]  Affects both Debtors.<br>[ ]  Affects Class War, Inc. only.<br>[ ]  Affects Jesse Dawber only. | CASE NO. 18-06044-LT11<br><br>Chapter 11<br><br>[Jointly Administered with Case No. 19-00293-LT11]<br><br>**DECLARATION OF MICHAEL D. BRESLAUER REGARDING ALTERNATIVE ORDER APPOINTING EXAMINER**<br><br>Date: April 23, 2019<br>Time: 11:00 a.m.<br>Dept: Three (3)<br><br>Honorable Laura S. Taylor |

      I, MICHAEL D. BRESLAUER, declare:

      1.    I am over 18 years of age and am duly licensed to practice in the State of California, and in the United States District and Bankruptcy Courts for each of the Districts in California. I am a partner of Solomon Ward Seidenwurm & Smith,

LLP ("Solomon Ward"), and am counsel of record in this matter for Debtor-In-Possession Class War, Inc. ("Debtor"). I have personal knowledge of the facts set forth in this declaration, and could and would testify thereto if called as witness in this matter.

2. Over the past several days, I have been involved reviewing, drafting and negotiating the terms of an appropriate order appointing an examiner following the April 23, 2019 hearing on this matter. Unfortunately, consensus was not reached regarding the form of the Order. Uplinked concurrently herewith is the form of an order which both Debtors (Jesse Wayne Dawber and Class War, Inc.) and the United States Trustee believe is appropriate and mindful of the Court's comments and intentions with regard to this matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct of my own personal knowledge and was executed this 30th day of April 2019 at San Diego, California.

/s/ Michael D. Breslauer
MICHAEL D. BRESLAUER

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Wendy A. Yones, declare as follows: |
| 3 | I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On April 30, 2019, I served the following document(s): |

**DECLARATION OF MICHAEL D. BRESLAUER REGARDING ORDER APPOINTING EXAMINER**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Christine E. Baur**   christine@baurbklaw.com, admin@baurbklaw.com
- •Michael D. Breslauer   mbreslauer@swsslaw.com, wyones@swsslaw.com
- •John W. Cutchin   jcutchin@san.rr.com
- •Douglas Flahaut   flahaut.douglas@arentfox.com
- •Lauren Nicole Gans   lgans@shensonlawgroup.com, jshenson@shensonlawgroup.com
- •Todd S. Garan   ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- •Aram Ordubegian   ordubegian.aram@arentfox.com
- •David Ortiz   david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov
- • United States Trustee   ustp.region15@usdoj.gov
- •Donald A. Vaughn   dav@vv-law.com, etopol@vv-law.com
- •Christopher K.S. Wong   christopher.wong@arentfox.com

**SERVED BY U.S. MAIL:** On April 30, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**TO BE SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 30, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 30, 2019                    By: /s/ Wendy A. Yones
                                              WENDY A. YONES

P:01284476:60673.001                              -3-