Name, Address, Telephone No. & I.D. No.
Donald A. Vaughn (Bar No. 110070)
Evan J. Topol (Bar No. 274932)
VAUGHN & VAUGHN
501 West Broadway, Suite 1770
San Diego, CA 92101
Tel: (619) 237-1717 / Fax: (619-237-0447

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  JESSE WAYNE DAWBER [Jointly Administered with 19-0293-LT11, CLASS WAR, INC.]

[Affects both Debtors]

Debtor.

BANKRUPTCY NO.  18-06044-LT11

☐ Plaintiff(s) (Adv)
☐ Movant(s) (RS)

ADVERSARY NO.

RS NO.

v.

☐ Defendant(s) (Adv)
☐ Respondents(s)(RS)

Date of Hearing: April 23, 2019
Time of Hearing: 11:00 a.m.
Name of Judge: Hon. Laura Taylor

## NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

On  April 30, 2019 , the undersigned party lodged with the court a proposed

ORDER ON MOTION OF CREDITOR JACK SCHINDLER TO APPOINT TRUSTEE OR EXAMINER ,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

ORDER ON MOTION OF CREDITOR JACK SCHINDLER TO APPOINT TRUSTEE OR EXAMINER

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED: 4/30/2019        /S/ DONALD A. VAUGHN
                        ☐ Party  ☒ Attorney for Movant

CSD 1500

# CERTIFICATE OF SERVICE

I, __Tatiana Tomacelli__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __4/30/2019__, I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __4/30/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

[SEE ATTACHED PROOF OF SERVICE]

CSD 1500

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   4/30/2019                    Tatiana Tomacelli  *Tatiana Tomacelli*
           (Date)                              (Typed Name and Signature)

                                        501 West Broadway, Suite 1770
                                        (Address)

                                        San Diego, CA  92101
                                        (City, State, ZIP Code)

*In re Jesse Dawber, Case No. 18-06044-LT11*
*Jointly Administered with Case No. 19-00293-LT11*

## PROOF OF SERVICE

I, Tatiana Tomacelli, declare as follows:

I am a citizen of the United States and am employed in the County of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, Suite 1770, San Diego, California 92101. On April 30, 2019, I served the following document:

## NOTICE OF LODGMENT

on the parties in this action as follows:

Michael D. Breslauer on behalf of Debtor Class War, Inc.
mbreslauer@swss.com

John W. Cutchin
jcutchin@san.rr.com

M. Douglas Flahaut on behalf of Debtor Jesse Wayne Dawber
flahaut.douglas@arentfox.com

Lauren N. Gans on behalf of STFU Global PTE LTD
lgans@shensonlawgroup.com

Todd S. Garan on behalf of Creditor Bank of America
tgaran@aldridgepite.com

Aram Ordubegian on behalf of Debtor Jesse Wayne Dawber
ordubegian.aram@arentfox.com

Jonathan S. Shenson on behalf of STFU Global PTE LTD
jshenson@shensonlawgroup.com

Christopher K.S. Wong on behalf of Debtor Jesse Wayne Dawber
christopher.wong@arentfox.com

David A. Ortiz on behalf of the United States
david.a.ortiz@usdoj.gov

United States Trustee
ustp.region15@usdoj.gov

VAUGHN & VAUGHN

1 | Tiffany L. Carroll
2 | tiffany.l.carroll@usdoj.gov

3 | Elizabeth C. Amorosi
4 | Elizabeth.c.amorosi@usdoj.gov

5 | [X] **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice List.

[ ] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this Proof of Service on April 30, 2019, at San Diego, California.

*Tatiana Tomacelli*
**Tatiana Tomacelli**

VAUGHN & VAUGHN

# EXHIBIT A

CSD 1001C [07/01/18]

Name, Address, Telephone No. & I.D. No.

Donald A. Vaughn, Esq. (Bar No. 1100070)
Evan J. Topol, Esq. (Bar No. 274932)
VAUGHN & VAUGHN
501 West Broadway, Suite 1770
San Diego, CA 92101
Tel: (619) 237-1717 / Fax: (619) 237-0447

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re JESSE WAYNE DAWBER [Jointly Administered with 19-00293-LT11, CLASS WAR, INC.]

[Affects both Debtors]

Debtor.

**LODGED**

BANKRUPTCY NO. 18-06044-LT11

Date of Hearing: April 23, 2019
Time of Hearing: 11:00 a.m.
Name of Judge: Hon. Laura Taylor

# ORDER ON
## MOTION OF CREDITOR JACK SCHINDLER TO APPOINT TRUSTEE OR EXAMINER

The court orders as set forth on the continuation pages attached and numbered 2 through 3 with exhibits, if any, for a total of 3 pages. Notice of Lodgment Docket Entry No. 195.

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

ORDER ON: MOTION OF CREDITOR JACK SCHINDLER TO APPOINT TRUSTEE OR EXAMINER
DEBTOR: Class War, Inc.                                    CASE NO:19-06044-lt11

The Motion of Jack Schindler for Appointment of a Trustee or an Examiner ("Motion") came before the Court on April 23, 2019 in Department Three of the United States Bankruptcy Court for the Southern District of California, the Honorable Laura S. Taylor, Chief Bankruptcy Judge presiding. Donald A. Vaughn, Esq. and Evan J. Topol, Esq., appeared on behalf of movant Jack Schindler; David A. Ortiz, Esq., appeared on behalf of the United States Trustee; Aram Ordubegian, Esq. and Douglas Flahaut, Esq., appeared on behalf of debtor Jesse Wayne Dawber; Michael D. Breslauer, Esq., appeared on behalf of debtor Class War, Inc.; Jonathan Shenson, Esq., appeared on behalf of STFU Global PTE, Ltd. All other appearances were as noted on the record.

Based upon the Motion, the responses filed thereto, argument of counsel at the hearing, and for good cause,

IT IS HEREBY ORDERED that the Motion is Granted.

IT IS FURTHER ORDERED that the United States Trustee is hereby directed to appoint an Examiner pursuant to 11 U.S.C. §1104(c) to conduct such an investigation of Class War, Inc. and Jesse Wayne Dawber (the "Debtors") as is appropriate, including an investigation of any allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the Debtors of or by current or former management thereof.

IT IS FURTHER ORDERED that:

1. The Examiner's investigation shall include, but not be limited to, addressing the questions raised by the Court in its Tentative Ruling (docket # 258).

2. All counsel and parties in the Dawber Bankruptcy case and in the Class War Bankruptcy case shall cooperate with, and provide the Examiner full access to documents and information, within a reasonable time of receiving any request therefor.

3. Without limiting the generality of the preceding paragraph, the parties and their counsel and representatives in both the Class War and the Dawber Bankruptcy cases shall provide the Examiner upon request, and without further or additional direction by this Court: (1) access to and copies of bookkeeping, financial, and accounting information (including, but not limited to, bank accounts, online payment or billing accounts, and QuickBooks), (2) passwords and access codes for all bookkeeping, accounting, and financial information and accounts, (3) access to and information concerning the websites owned, or previously owned, by Dawber or Class War, including electronic communications and orders for goods, (4) direct access to and codes/passwords necessary to access any and all emails, (5) the ability to copy files and information (electronically and in tangible form) and to take documents and information off-site, for the Examiner's use, (6) access to all computers and other electronic storage devices used, or previously used, by Dawber, his co-debtor, or Class War, (7) access to and the ability to copy information from all electronic communication devices (e.g. mobile telephones), and (8) the ability to make inspect and make copies of any and all hard drives or other electronic storage media.

4. The Examiner shall prepare a written report of their investigation and findings, and submit same to the Court.

5. If the Examiner requires guidance, needs the assistance of the Court in facilitating or enforcing the Examiner's duties hereunder, or believes expansion of their authority is necessary or proper, said request may be made to the Court by emergency ex parte application. Any party opposing same shall do so within twenty-four (24) hours of service of said application.

6. The Examiner shall make best efforts to conduct their investigation in an efficient, timely, and cost effective manner, and shall make recommendations to the Court concerning the existence of potential avoidance actions (including, but not limited to, fraudulent transfer and preference actions) and assumption or rejection of executory contracts which may provide benefit to the Debtors' Estates.

IT IS SO ORDERED.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CSD 1001C