JESSE S. FINLAYSON, SBN 179443
*jfinlayson@ftrlfirm.com*
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:  949.759.3810
Facsimile:   949.759.3812

Court-Appointed Chapter 11 Examiner

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>JESSE WAYNE DAWBER,<br><br>    Debtor in Possession.<br><br>―――――――――――<br><br>JESSE DAWBER, an individual,<br><br>        Case No. 18-06044-LT11<br><br>CLASS WAR, INC., a California Corporation,<br><br>        Case No. 19-00293-LT11<br><br>    Debtors.<br><br>[x] Affects both Debtors.<br>[ ] Affects Class War only.<br>[ ]  Affects Jesse Dawber only. | Case No.: 18-06044-LT11<br><br>[Jointly Administered with Case No. 19-00293-LT11]<br><br>**EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY OFFICE OF C. R. BARCLAY, CPA AS ACCOUNTING CONSULTANT; AND EXHIBITS** |

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE:**

   The applicant, Jesse S. Finlayson ("Applicant" or "Examiner"), court-appointed Chapter 11 Examiner of the chapter 7 estate of Jesse Wayne Dawber ("Debtor"), applies to this Court for an Order, authorizing the employment of Office of C. R. Barclay, CPA ("OoCRB") as his

1

accounting consultant effective May 24, 2019.  Pursuant to Bankruptcy Rule 2012(a), the Applicant respectfully represents as follows:

**1.**  The Debtor filed a voluntary Chapter 11 bankruptcy petition on October 8, 2018, (the "Petition Date"). Pursuant to court order entered on February 7, 2019, the Court directed joint administration of related cases with the case of Class War, Inc., Case No. 19-00293-LT11.

**2.**  On May 7, 2019, Jesse S. Finlayson was appointed as Chapter 11 Examiner in the above captioned cases.

**3.**  The Examiner is investigating the nature and extent of the financial affairs and interests in property for the Debtor and Class War, Inc.

**4.**  Property of the estate includes intellectual property, possible avoidance claims; and possible undisclosed assets.

**5.**  Applicant anticipates that the estate will require the assistance of an accountant to conduct his investigation and otherwise perform his duties in the case.  In light of the foregoing, Applicant reasonably believes that the bankruptcy estate requires the assistance of an accountant to perform his duties in the case.

**6.**  As provided by Section 327(a) of the Bankruptcy Code, Applicant wishes to employ OoCRB as accountant for the estate.

**7.**  Applicant believes OoCRB is qualified to provide the following services as appropriate and without limitation:

   **a.** Provide accounting consulting related services, including review and analysis of bank, accounting and financial records; advising Applicant regarding business and/or accounting practices, financial reporting matters, and tax reporting and compliance matters involving the Debtor and Class War, Inc.; and, performing other accounting consulting services required by Examiner in support of the conduct of his investigation and performance of his duties in the case.

2

**8.** Applicant desires to employ OoCRB as his accountant under 11 U.S.C. § 327(a), which provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

**9.** Based on the attached declaration, Applicant believes OoCRB is disinterested within the meaning of 11 U.S.C. § 101(14) on the matters on which it is to be employed.

**10.** Applicant and OoCRB have mutually agreed to affirmatively waive a written agreement concerning the terms of OoCRB's employment and, in lieu thereof, this application and the order thereon shall govern the terms of OoCRB's employment by Applicant.

**11.** OoCRB has agreed to perform the required services at OoCRB's customary billing rates which are as follows:

| | | |
|---|---|---|
| Christopher R. Barclay | CPA | $345.00 |
| Mary Lou Cunanan | Para Prof. | $175.00 |

**12.** In addition, Applicant has defined the following terms regarding OcCRB's employment:

    a. Christopher R. Barclay is the accountant at OoCRB who will be primarily responsible for the services provided by OoCRB.

    b. The Estate will be the source of funds for compensating OoCRB for services and reimbursing OoCRB for expenses.

    **c.** Applicant will pay OoCRB from funds of the Estate, for its fees and expenses for services pursuant to the same terms by which Applicant will pay its other professionals in the case; that is after notice, application and a hearing.

**13.** Attached as Exhibit A is a copy of Mr. Barclay's CV.

14. Attached as Exhibit B is a copy of the proposed order concerning this application.

15. For all of the foregoing reasons, Applicant believes it is in the best interest of the Estate that the Court approves the employment of OoCRB as accountant to the estate on the terms and conditions set forth in this application.

16. WHEREFORE, Applicant requests that she be authorized to employ OoCRB as accountant to the Estate under 11 U.S.C. § 327(a), effective May 24, 2019.

DATED: June 5, 2019                     Respectfully Submitted,


                                        /s/ Jesse S. Finlayson
                                        ─────────────────────────────
                                        Jesse S. Finlayson, Chapter 11 Examiner

# EXHIBIT A

Exhibit A  Page 1 of 2

# Christopher R. Barclay, MA, CPA, CIRA, ASA

Office of C. R. Barclay, CPA
5055 N. Harbor Dr, Suite 210
San Diego, CA  92106

### SUMMARY

Mr. Barclay is a panel trustee in Southern California and has served as a fiduciary in other roles including as court appointed examiner with expanded powers, responsible natural person and disbursing agent. Mr. Barclay was appointed as a standing member of the chapter 7 trustee panel in the Southern District of California effective January 1, 2012.  Before 2012, Mr. Barclay served as a standing member of the chapter 7 trustee panel in the Central District of California from 2004 through 2011.  He continues to serve as chapter 7 trustee in matters pending in the Central District of California for open cases as of December 31, 2011.

Mr. Barclay conducts forensic accounting investigations concerning financial reporting and accounting practices and provides insolvency related consulting and expert testimony. Mr. Barclay's qualified testimony experience includes topics involving the sale of distressed businesses; business plan feasibility; valuation; tax consequences; cram-down interest rates; asset tracing and forensic accounting investigations.

Mr. Barclay's industry experience includes real estate, manufacturing, professional services, consumer goods and services and agri-business.

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2011 to Present | **Office of C.R. Barclay, CPA** |
| 2006 to 2011 | **LECG**<br>Director |
| 1992 to 2006 | **Mack \| Barclay Inc.**<br>Shareholder (1994) |
| 1986 to 1992 | **Steres Alpert & Carne**<br>Senior Manager |
| 1985 to 1986 | **Nydam, Scholten & Stewart**<br>Senior Accountant |
| 1982 to 1985 | **Scott & Gabriel**<br>Accountant |

### EDUCATION

Master of Arts, Economics, San Diego State University, 1988
Bachelor of Arts, Economics, California State University - Fullerton, 1984

**LICENSES & PROFESSIONAL MEMBERSHIPS**

Certified Public Accountant, California 1986
Certified Insolvency and Restructuring Advisor, AIRA, 1993
(Zolfo, Cooper Silver Medal Award Recipient, AIRA, 1993)
Accredited Senior Appraiser, Business Valuation, ASA, 2001
American Institute of Certified Public Accountants
California Society of Certified Public Accountant
American Bankruptcy Institute
Association of Insolvency and Restructuring Advisors
California Bankruptcy Forum
San Diego Bankruptcy Forum
Inland Empire Bankruptcy Forum
American Society of Appraisers

Exhibit A Page 2 of 2

# EXHIBIT B

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

JESSE S. FINLAYSON, SBN 179443
jfinlayson@ftrlfirm.com
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone: 949.759.3810
Facsimile: 949.759.3812

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

JESSE WAYNE DAWBER, [Jointly Administered with 19-00293-LT11 CLASS WAR, INC.]
[ x ] Affects both Debtors.

Debtor.

BANKRUPTCY NO. 18-06044-LT11

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: Hon. Laura S. Taylor

# ORDER ON
## Ex Parte Application to Employ Office of C.R. Barclay, CPA as Accountant

The court orders as set forth on the continuation pages attached and numbered  2  through  2  with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. _____ .

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

ORDER ON Ex Parte Application to Employ Office of C.R. Barclay, CPA as Accountant
DEBTOR: Jesse Wayne Dawber                                               CASE NO: 18-06044-LT11

---

Upon the Ex Parte Application of Jesse S. Finlayson, Chapter 11 Examiner, for authority to employ Office of C. R. Barclay, CPA, as provided by 11 U.S.C. §327 and F.R.B.P. 2014; and the Court finding that Office of C. R. Barclay, CPA is a disinterested party under 11 U.S.C. §327; further finding no objections being presented by the U.S. Trustee; and good cause appearing therefor;

IT IS HEREBY ORDERED, that the Chapter 7 Trustee shall be, and hereby is, authorized to employ Office of C. R. Barclay, CPA at the expense of the estate effective May 24, 2019 pursuant to the terms provided in the Application on file with the Court and all fees and costs will be paid pursuant to Court approval.

IT IS SO ORDERED.