MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Debtor-In-Possession
CLASS WAR, INC.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JESSE DAWBER, an individual,<br><br>Debtor-In-Possession. | CASE NO. 18-06044-LT11<br><br>Chapter 11<br><br>[Jointly Administered with Case No. 19-00293-LT11] |
| JESSE DAWBER, an individual,<br>Case No. 18-06044-LT11<br><br>CLASS WAR, INC., a California corporation,<br>Case No. 19-00293-LT11<br><br>Debtors.<br><br>[ ] Affects both Debtors.<br>[X] Affects Class War, Inc. only.<br>[ ] Affects Jesse Dawber only. | **FORCE 10 PARTNERS NOTICE OF MONTHLY FEE STATEMENT #3 FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**<br><br>*[NO HEARING REQUIRED]*<br><br>Dept. Three (3)<br>Honorable Laura S. Taylor |

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that pursuant to the Bankruptcy Court's Amended Order on Debtor Class War Inc.'s ("Class War") Motion for Orders (1) Approving Services Agreement with Force 10 Partners, LLC, Pursuant to 11 U.S.C. § 363(b) and (2) Authorizing Monthly Fee Statement Procedures and Payments, entered April 15, 2019 (Dkt. No. 237) (the "Force 10 Employment Order"), Force Ten Partners, LLC ("Force 10") hereby submits this monthly statement of services rendered and expenses incurred in this case for the period from May 1, 2019 through May 31, 2019 (the "Statement Period").

**I.     Itemization of Services Rendered by Force 10:**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Force 10 seeks compensation.

**TIMEKEEPER SUMMARY**

| NAME OF PROFESSIONAL | POSITION / DEPARTMENT | HOURS BILLED IN PERIOD | HOURLY BILLING RATE | AMOUNT BILLED |
|---|---|---|---|---|
| J. Rosenthal | CRO | 11.5 | 600.00 | $6,900.00 |
| C. Kurtz | Director | 7.2 | 375.00 | $2,700.00 |
| E. Sprague | Staff | 8.5 | 225.00 | $1,912.50 |
| **Total** | | **27.2** | | **$11,512.50** |

-1-

## TASK SUMMARY

| TASK | HOURS | AMOUNT BILLED |
|---|---|---|
| Accounting & Bookkeeping | 4.3 | $967.50 |
| Accounting & Monthly Operating Report | 4.1 | $1,282.50 |
| Business Operations | 3.8 | $2,190.00 |
| Cash Collateral / Cash Flow Forecasting | 0.5 | $187.50 |
| CRO | 8.1 | $4,860.00 |
| Fee & Employment Application | 2.5 | $562.50 |
| Tax | 3.9 | $1,462.50 |
| **Total** | **27.2** | **$11,512.50** |

2. The time records of Force 10 consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, have been concurrently sent to the United States Trustee pursuant to the Force 10 Employment Order.

**II.  Itemization of Expenses Incurred by Force 10:**

3. The expenses incurred by Force 10 for this Statement Period are as follows:

| Total Expenses | $0.00 |
|---|---|

4. The expense records of Force 10 consisting of the itemized breakdown of expenses incurred by Force 10 or its personnel, have been concurrently sent to the United States Trustee pursuant to the Force 10 Employment Order.

**III.  Summary**

5. Accordingly, the amount of compensation and expenses payable for this Statement Period to Force 10 is $11,512.50, which is calculated as follows:

| Total Fees During Statement Period | $11,512.50 |
|---|---|
| Total Expenses | + $0.00 |

-2-

| TOTAL | $11,512.50 |
|---|---|

6. Any party-in-interest who has received a copy of this Notice may object to the fees and costs requested by providing written objection within ten (10) days of the date of service of this Notice to the Debtor's counsel, Solomon Ward, and Force 10 setting forth the specific grounds for such objection. Upon such objection, the Debtor will set such objection for hearing and review by the Bankruptcy Court.

WHEREFORE, pursuant to the Force 10 Employment Order, Force 10 intends to seek payment from Class War for the above amounts after the ten (10) day notice period set forth in the Force 10 Employment Order expires. If an objection to this statement of fees and expenses is timely filed, the approval of this statement shall be set for hearing by the Debtor and subject to review and approval by the Court.

Dated: June 12, 2019  
San Diego, California

Respectfully submitted,

By: /s/ Jeremy Rosenthal  
    Jeremy Rosenthal  
    Chief Restructuring Officer,  
    Class War, Inc.

# PROOF OF SERVICE

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On June 12, 2019, I served the following document(s):

**FORCE 10 PARTNERS NOTICE OF MONTHLY FEE STATEMENT #3 FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Christine E. Baur    christine@baurbklaw.com, admin@baurbklaw.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- John W. Cutchin    jcutchin@san.rr.com
- Jesse S. Finlayson    jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com
- Douglas Flahaut    flahaut.douglas@arentfox.com
- Lauren Nicole Gans    lgans@shensonlawgroup.com, jshenson@shensonlawgroup.com
- Todd S. Garan    ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov
- Michael L. Turrill    michael.turrill@hoganlovells.com, elizabeth.goncharov@hoganlovells.com;tiffany.dejonge@hoganlovells.com;jamie.wood@hoganlovells.com;ladocketing.com
- United States Trustee    ustp.region15@usdoj.gov
- Donald A. Vaughn    dav@vv-law.com, etopol@vv-law.com
- Christopher K.S. Wong    christopher.wong@arentfox.com

**SERVED BY U.S. MAIL:** On June 12, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 12, 2019             By: /s/ Wendy A. Yones
                                       WENDY A. YONES

P:01293387:60673.001

American Express
P.O. Box 981535
El Paso, TX 79998-1535


Brainwash
Blk 38D Bendemeer Rd
#20-864
Singapore 334038


California Dept of Tax
& Fee Administration
P.O. Box 942879
Sacramento, CA 94279


City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938


FTB California
Bankruptcy, BE MS A345
P.O. Box 2952
Sacramento, CA 95812-2952


Faction, Inc.
1050 Indigo Drive, Suite 115
Las Vegas, NV 89145


Liberty Logos
2013 Olde Regent Way
Suite 150 #193
Leland, NC 28451


Limpus Prints Inc.
1820 South Sante Fe St
Santa Ana, CA 92705

Meindl Bekleidung GmBH & Co.KG
Dorfplatz 8-10
83417 Kirchanschoring Germany

Middle of Beyond
4518 Patria Drive
San Diego, CA 92115

STFU Global Pte. Ltd.
6 Eu Tong Sen Street #12-20
The Central
Singapore 059817

Silk Screen Shirts Inc.
6185 El Camino Real
Carlsbad, CA 92009

Sketchy Tank
468 Puebla Street
Encinitas, CA 92024

Zumiez
4001 204th Street SW
Lynnwood, WA 98036