# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JESSE WAYNE DAWBER |
| **Case Number:** | 18-06044-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JULY 19, 2019 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA ZUCCONI |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

EMERGENCY HEARING REGARDING CHAPTER 11 EXAMINER'S PRELIMINARY REPORT FILED ON BEHALF OF JESSE S. FINLAYSON

### *Appearances:*

CHRISTOPHER K.S. WONG, ATTORNEY FOR JESSE WAYNE DAWBER
JESSE FINLAYSON, CHAPTER 11 EXAMINER (telephonically)
DAVID ORTIZ, ATTORNEY FOR THE U.S. TRUSTEE
DON VAUGHN, ATTORNEY FOR JACK SCHINDLER
EVAN TOPOL, ATTORNEY FOR JACK SCHINDLER
JACK SCHINDLER PRESENT
MICHAEL BRESLAUER, ATTORNEY FOR CLASS WAR, INC.
JEREMY ROSENTHAL, CEO OF CLASS WAR, INC. PRESENT
CHRISTOPHER HAWKINS, ATTORNEY FOR DREW MADACSI AND LIGHTHOUSE STRATEGIC GROUP LIMITED
LAUREN GANS, ATTORNEY FOR STFU GLOBAL PTE LTD (telephonically)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

(continue).. 18-06044-LT11              FRIDAY, JULY 19, 2019 10:00 AM

### Disposition:

Case Status Conference in this case and the Class War, Inc. case 19-00293-LT11 scheduled for 8/22/19 at 11:00 a.m. The Court will expect the Chapter 11 Trustee to appear on 8/22/19 and if no TRO is in place, counsel for STFU must appear in person as set forth on the record.

The Examiner reported on the record that his investigation has uncovered that Jesse Dawber is, in fact, the 100% owner of STFU Global PTE LTD through a previously undisclosed trust agreement with Jeslyn Leong. Additionally, Mr. Dawber failed to disclose his ownership interest and control of STFU in his schedules, statement of financial affairs and also falsely denied owning any interest in the company in a declaration filed on April 9, 2019.

The Court appoints a Chapter 11 Trustee in this case based upon Schindler's motion, filed 3/26/2019 at docket #196, and as set forth on the record. Jeremy Rosenthal to remain independent fiduciary for Class War, Inc. case 19-00293-LT11. Order appointing Chapter 11 Trustee and expanding Examiner's powers to be submitted by Mr. Ortiz.

The Court stated on the record that a complaint and an emergency request for protective order may be filed and the Court will set the preliminary injunction hearing in the ordinary course.

The Court vacates all Knudson Orders as set forth on the record.

This Minute Order will also be docketed in the related Class War, Inc. case 19-00293-LT11.