CSD 1000A [11/15/04]

Name, Address, Telephone No. & I.D. No.
DAVID ORTIZ, ATTORNEY #167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101
(619) 557-5013

Order Entered on July 29, 2019 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**JESSE WAYNE DAWBER**, [Jointly Administered with 19-00293-LT11
**CLASS WAR, INC.,**]
[x] AFFECTS CLASS WAR, INC., ONLY.
                                              Debtors.

Bankruptcy No. 18-06044-LT11
[Lead case]
Date of Hearing: July 19, 2019
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. LAURA S. TAYLOR

# ORDER EXPANDING POWERS OF CHAPTER 11 EXAMINER

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _2_ with exhibits, if any, for a total of _2_ pages, is granted. Motion/Application Docket Entry No._196_.

//
//
//
//
//
//

DATED: July 26, 2019

Judge, United States Bankruptcy Court

Signature by the attorney institues a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ DAVID ORTIZ
      DAVID ORTIZ
   Trial Attorney for the Acting United States Trustee

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER EXPANDING POWERS OF CHAPTER 11 EXAMINER
DEBTORS: **JESSE WAYNE DAWBER**,                                      LEAD CASE NO.: 18-06044-LT11
         **CLASS WAR, INC.,** [Case No. 19-00293-LT11, Jointly Administered]

---

This matter came before the Court on the Chapter 11 Examiner's Preliminary Report and Request for Emergency Hearing ("Examiner's Preliminary Report")(docket # 327) and Motion of Jack Schindler for Appointment of Chapter 11 Trustee ("Trustee Motion")(docket # 196) on July 19, 2019, in Department Three of the United States Bankruptcy Court for the Southern District of California, the Honorable Laura S. Taylor, Bankruptcy Judge, presiding.  David A. Ortiz, Esq., appeared on behalf of the Acting United States Trustee; Christopher K.S. Wong, Esq., appeared on behalf of debtor Jesse Wayne Dawber; Michael Breslauer, Esq., appeared on behalf of debtor Class War, Inc.; Donald A. Vaughn, Esq., appeared on behalf of creditor Jack Schindler; Christopher Hawkins, Esq., appeared on behalf of Drew Madasci and Lighthouse Strategic Group, Ltd.; Lauren Gans, Esq., appeared on behalf of STFU Global, PTE, Ltd,; Jesse S. Finlayson, Chapter 11 Examiner, also appeared.

Based upon the Examiner's Preliminary Report, the Trustee Motion, argument of counsel, and for the reasons as set forth on the record at the hearing, the Court hereby expands the powers of chapter 11 examiner Jesse S. Finlayson ("Examiner") in the Class War, Inc. case, as follows:

1.    The Examiner shall identify transferred assets that may be recovered for the benefit of either the Jesse Wayne Dawber estate (18-06044-LT11) and/or Class War, Inc., estate (19-00293-LT11).

2.    The Examiner shall provide an analysis of, and outline potential strategies for, recovery of any transferred assets by either the Jesse Wayne Dawber estate (18-06044-LT11) and/or Class War, Inc., estate (19-00293-LT11).

APPROVED AS TO FORM:

Solomon Ward Seidenwurm & Smith, LLP          Arent Fox, LLP

By: /s/ Michael D. Breslauer, Esq.            By:/s/ M. Douglas Flahaut, Esq.
Attorneys for Class War, Inc.                 Attorneys for Jesse Wayne Dawber


Vaughn & Vaughn

By:/s/ Donald A. Vaughn, Esq.
Attorneys for Jack Schindler


CSD 1001A

Signed by Judge Laura Stuart Taylor July 26, 2019