# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

**ADV: 19-90088**

**BANKRUPTCY ESTATE OF JESSE WAYNE DAWBER VS STFU GLOBAL PTE LTD   . & FACTION. INC. & DREW  MADACSI & JESLYN  LEONG & MATT  ROBERTS**

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | JESSE WAYNE DAWBER | | |
| **Case Number:** | 18-06044-LT11 | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 16, 2019 11:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA ZUCCONI | | |
| **Reporter / ECR:** | LORI GALINDO | | |

## *Matter:*

EMERGENCY MOTION ON SHORTENED NOTICE  FOR TURNOVER OF PROPERY OF THE ESTATE ; TEMPORARY RESTRAINING ORDER; AND HEARING ON ISSUANCE OF INJUNCTION FILED ON BEHALF OF BANKRUPTCY ESTATE OF JESSE WAYNE DAWBER BY AND THROUGH DAVID K  . GOTTLIEB IN HIS CAPACITY AS CHAPTER  11 TRUSTEE

## *Appearances:*

BETH ANN R. YOUNG, PROPOSED COUNSEL FOR CHAPTER 11 TRUSTEE DAVID K. GOTTLIEB
RON BENDER, PROPOSED COUNSEL FOR CHAPTER 11 TRUSTEE DAVID K. GOTTLIEB
DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE PRESENT
ARAM ORDUBEGIAN, ATTORNEY FOR JESSE WAYNE DAWBER
JESSE AND SARA DAWBER PRESENT
JESSE FINLAYSON, CHAPTER 11 EXAMINER
DAVID ORTIZ, ATTORNEY FOR THE U.S. TRUSTEE
DON VAUGHN, ATTORNEY FOR JACK SCHINDLER
EVAN TOPOL, ATTORNEY FOR JACK SCHINDLER
MICHAEL BRESLAUER, ATTORNEY FOR CLASS WAR, INC.
JEREMY ROSENTHAL, CEO OF CLASS WAR, INC. PRESENT (telephonically)
JONATHAN SHENSON, ATTORNEY FOR STFU GLOBAL PTE LTD
TODD CURRY, ATTORNEY FOR FACTION, INC.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

(continue)..**18-06044-LT11**          **FRIDAY, AUGUST 16, 2019 11:00 AM**

<u>*Disposition:*</u>

The Court issues a Temporary Restraining Order as set forth on the record.  Order to be submitted by Mr. Bender.

Preliminary Injunction hearing scheduled for 8/30/19 at 10:00 a.m.  Responses due by 5:00 p.m. on 8/23/19.  Replies due by 5:00 p.m. on 8/28/19.  Parties to meet and confer regarding Preliminary Injunction hearing regarding how the hearing should be conducted.  If parties cannot agree, they may submit an order and the Court may schedule a telephonic hearing as set forth on the record.

The status conferences in the main bk cases 18-06044-LT Dawber and 19-00293-LT Class War, Inc. is continued from 8/22/19 at 11:00 a.m. to 9/11/19 at 2:00 p.m.

Examiner's final report is due by 8/31/19 as set forth on the record.