Steven Jay Katzman, State Bar No. 132755
skatzman@bienertkatzman.com
Anthony Bisconti, State Bar No. 269230
tbisconti@bienertkatzman.com
**BIENERT | KATZMAN PC**
601 W. 5th Street, Suite 720
Los Angeles, California, 90071
Telephone: (213) 528-3402
Facsimile:  (949) 369-3701

Counsel to Jesse Wayne Dawber

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 18-06044-LT11 |
| JESSE WAYNE DAWBER, | [Jointly Administered with Case No. 19-00293-l211 |
|  | Chapter 11 |
| Debtor. | **NOTICE REGARDING EMPLOYMENT OF BIENERT | KATZMAN PC BY JESSE WAYNE DAWBER, CHAPTER 11 DEBTOR NOT IN POSSESSION AND DISCLOSURE OF COMEPNSATION** |

1

NOTICE REGARDING EMPLOYMENT OF BIENERT | KATZMAN PC BY JESSE WAYNE DAWBER,
CHAPTER 11 DEBTOR NOT IN POSSESSION AND DISCLOSURE OF COMEPNSATION

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 11 TRUSTEE; AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that the law firm Bienert | Katzman PC ("B|K") has been retained by Jesse Wayne Dawber, the chapter 11 debtor not in possession in this case ("Mr. Dawber"), to consult with and advise him regarding his testimonial privileges and maters related to allegations concerning his statements and disclosures.  B|K has not been retained by Mr. Dawber to represent him as bankruptcy counsel in this bankruptcy case, any lawsuit, or adversary proceeding.  B|K has not been retained to serve as an estate professional.  Accordingly, B|K does not intend to seek Court approval of its employment, which is not required. *See, e.g., In re Weibel, Inc.*, 176 B.R. 209, 212 (B.A.P. 9th Cir. 1994) ("When a debtor is a debtor in possession, it essentially steps into the shoes of the trustee and has control over the bankruptcy estate.  The professional, employed now by the debtor in possession, is still expected to act only in the best interests of the estate. Therefore, court approval of its employment is necessary. If the debtor is not in possession, these same concerns do not come into play. Counsel for the debtor then, to the extent it gets involved in the case, represents the debtor and not the estate or the creditors. Therefore, court approval of employment is not necessary.") (citations omitted).

**PLEASE TAKE FURTHER NOTICE** that B|K shall not receive compensation for its services through estate property or property that would be estate property, nor shall B|K seek approval of compensation through estate property.  Prior to the filing of this notice, B|K has received a retainer payment of $15,000 from a third-party source (Mr. Dawber's family member).

Dated: August 22, 2018                  **BIENERT | KATZMAN PC**

                                       /s/ Anthony R. Bisconti
                                       Steven J. Katzman
                                       Anthony R. Bisconti
                                       Attorneys for Jesse Wayne Dawber

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Steven Jay Katzman (SBN 132755)
Anthony R. Bisconti (SBN 269230)
BIENERT|KATZMAN PC
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
T: (213) 528-3402

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| Jesse Wayne Dawber | Debtor. | BANKRUPTCY NO. 18-06044-LT11 |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | | |
| | Defendant(s) | |

# PROOF OF SERVICE

I, __Anthony R. Bisconti__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __August 22, 2019__, I served the following documents:

**NOTICE REGARDING EMPLOYMENT OF BIENERT | KATZMAN PC BY JESSE WAYNE DAWBER, CHAPTER 11 DEBTOR NOT IN POSSESSION AND DISCLOSURE OF COMEPNSATION**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __August 22, 2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Christine E. Baur    christine@baurbklaw.com, admin@baurbklaw.com
Ron Bender    rb@lnbyb.com, bry@lnbyb.com
Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
John W. Cutchin    jcutchin@san.rr.com
Jesse S. Finlayson    jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com
Douglas Flahaut    flahaut.douglas@arentfox.com
Lauren Nicole Gans    lgans@shensonlawgroup.com, jshenson@shensonlawgroup.com
Todd S. Garan    ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
Christopher V. Hawkins    hawkins@sullivanhill.com,
hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
Aram Ordubegian    ordubegian.aram@arentfox.com
David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov
Michael L. Turrill    michael.turrill@hoganlovells.com,
elizabeth.goncharov@hoganlovells.com;tiffany.dejonge@hoganlovells.com;jamie.wood@hoganlovells.com;LADocketing@hoganlovells.com
Donald A. Vaughn    dav@vv-law.com, etopol@vv-law.com
Christopher K.S. Wong    christopher.wong@arentfox.com
Beth Ann R. Young    bry@lnbyb.com

☒    For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   August 22, 2019                    /s/ Anthony R. Bisconti
              (Date)                             (Typed Name and Signature)

                                                 601 W. 5th Street, Suite 720
                                                 (Address)

                                                 Los Angeles, CA 90071
                                                 (City, State, ZIP Code)

CSD 3010