TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: JESSE WAYNE DAWBER

Number: 18-06044-LT11

Hearing: 11:00 AM  Thursday, December 5, 2019

Motion: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: LEVENE, NEALE, BENDER, YOO AND BRILL L.L.P., TRUSTEE'S ATTORNEY

The Court reviewed the first interim application for fees and costs of Levene, Neale, Bender, Yoo and Brill L.L.P. ("Firm") dated November 7, 2019 (the "Application") and finds it appropriate as to form and content. The Court reviewed the Docket and determined that no opposition was filed. Therefore, the Court grants the Application and awards interim fees and costs as follows:

Fees for period July 30, 2019 through October 31, 2019:  $459,041.50

Costs for period July 30, 2019 through October 31, 2019:  $17,248.03

The Court thanks the Firm for its work on behalf of the Trustee and the estate. The Firm's efforts have been critical to bringing the case to a point where significant recovery for creditors may be available. The Firm has also taken proactive steps to end the consequences of previous inappropriate behavior. Attendance at the hearing on this Application scheduled for December 5, 2019 at 11:00 a.m. is excused, and the Firm may submit its order forthwith. Of course, the Firm must appear on the fifth on other matters before the Court.