TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: JESSE WAYNE DAWBER

Number: 18-06044-LT11

Hearing: 11:00 AM  Thursday, December  5, 2019

Motion: MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH CREDITOR JACK SCHINDLER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FILED ON BEHALF OF DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE

Hear.

The Court is strongly inclined to grant this unopposed Motion and to approve the proposed Settlement Agreement; typically, it would do so by this Tentative ruling – and appearances would be waived. The Court has reviewed the Settlement Agreement and considered the factors set out in *Martin v. Kane (In re A & C Properties),* 784 F.2d 1377, 1380-81 (9th Cir. 1986).  The Court, thus, considered the Trustee's analysis of the probability of success in the litigation; the difficulties which would likely be encountered in the matter of collection;  the complexity of the litigation which would be involved, and the expense, inconvenience, and delay necessarily attending it; and  the paramount interest of the creditors and a proper deference to their reasonable views in the premises.  The Court preliminarily determines that the *A & C Properties* factors warrant approval of the Settlement Agreement.

The Court, however, has some questions and requires additional discussion and clarification as to how this proposed settlement fits into the universe of this case which includes Mr. Schindler's pending motion for sanctions, the fee applications, if any, contemplated by the targets of the sanctions motion, and sanctions motions, if any, contemplated by the Trustee. The parties should be prepared to discuss. The Court also needs to understand how this agreement impacts typical payment priorities. Facially, it doesn't, but the Court wants to be sure. These points of discussion are unlikely to change the Court's view that the settlement is appropriate.  But discussion may lead to inclusion of clarifying language in any approval order.