TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: JESSE WAYNE DAWBER

Number: 18-06044-LT11

Hearing: 11:00 AM Thursday, December 5, 2019

Motion: MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH FORCE TEN PARTNERS, LLC AND JEREMY ROSENTHAL PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FILED ON BEHALF OF DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE

Grant. The Court will grant this unopposed Motion and approve the proposed Settlement Agreement. The Court has reviewed the Settlement Agreement and considered the factors set out in *Martin v. Kane (In re A & C Properties),* 784 F.2d 1377, 1380-81 (9th Cir. 1986), cert. denied 479 U.S. 854 (1986). The Court has considered the Trustee's analysis of the probability of success in the litigation; the difficulties which would likely be encountered in the matter of collection; the complexity of the litigation which would be involved, and the expense, inconvenience, and delay necessarily attending it; and the paramount interest of the creditors and a proper deference to their reasonable views in the premises. The Court finds that the settlement is fair and reasonable and, in particular, that these *A & C* Factors warrant approval of the Settlement Agreement.

Appearances at the December 5, 2019 hearing are excused; the Trustee may submit his order.