TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: JESSE WAYNE DAWBER

Number: 18-06044-LT11

Hearing: 11:00 AM Thursday, December 5, 2019

Motion: MOTION FOR AUTHORITY TO ESTABLISH TRUST FOR THE BENEFIT OF THE ESTATE AND TRANSFER INTELLECTUAL PROPERTY TO THE TRUST FILED ON BEHALF OF DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE

Hear. The Court is prepared to grant this motion. It appears to be in the best interest of the estate and well within the Trustee's business judgment. The Court considers it an out of the ordinary course of business transaction but also determines that the unusual exigencies of this case justify the relief requested. At the hearing, the Court will require assurance regarding the form of trust document, the choice of law thereunder, and the Court's continued ability to police transactions involving the trust.