TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: JESSE WAYNE DAWBER

Number: 18-06044-LT11

Hearing: 11:00 AM  Thursday, December 5, 2019

Motion: HEARING SET BY COURT ON PROPOSED SUBSTITUTION OF ATTORNEY AND ORDER THEREON SUBMITTED BY ATTY ARAM ORDUBEGIAN (RE DEBTOR/DEFENDANT JESSE DAWBER)

Hear.  The Court was unable to act on the substitution order.  Questions exist: (1) Does the Firm seek to substitute out in both the adversary proceeding and the main case? (2) Does Mr. Dawber agree with the request? (3) Has the Firm taken all steps required by the Rules of Professional conduct in connection with this request? (4) Absent Mr. Dawber's agreement, is there an appropriate basis for the request?

The Firm should be prepared to provide answers at the hearing.