RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**JESSE WAYNE DAWBER**, an individual,<br><br>Debtor.<br>_____<br><br>**CLASS WAR, INC.**, a California corporation,<br><br>Member Case No. 19-00293-LT11 | Case No.: 18-06044-LT11<br><br>Chapter 11<br><br>[Substantively Consolidated]<br><br>**CHAPTER 11 TRUSTEE'S STATUS REPORT REGARDING STATUS OF SETTLEMENT WITH SOLOMON WARD SEIDENWURM & SMITH, LLP**<br><br>**Fee Application Hearing:**<br>Date:   April 1, 2020<br>Time:  10:00 a.m.<br>Place:  Dept. 3/ Room 129<br>            325 West F Street<br>            San Diego, CA 92101 |

David K. Gottlieb, in his capacity as the chapter 11 trustee (the "Trustee") in the above-captioned, substantively consolidated, bankruptcy estate of Jesse Wayne Dawber ("Dawber"), hereby files this report regarding the status of a settlement with Solomon Ward Seidenwurm & Smith, LLP ("SWSS").

1

1.      At a hearing held on December 5, 2019, the Bankruptcy Court ordered SWSS (and the other two estate professionals consisting of Hogan Lovells and Arent Fox) to file any application for the payment of fees and reimbursement of expenses in connection with its prior representation of Class War, Inc. and/or Dawber, by February 29, 2020, and notice such application for an initial hearing on April 1, 2020, which initial hearing would be treated as a status conference.

2.      The Bankruptcy Court also ordered the Trustee and SWSS to meet and confer regarding the fees and expenses incurred by SWSS (the "SWSS Fees and Expenses"), and to file a report on the status of settlement, if any, by February 14, 2020.

3.      Subsequent to the December 5, 2019 hearing, the Trustee and SWSS met and conferred regarding a possible resolution of the SWSS Fees and Expenses but were unable to agree on the terms of a settlement or the parameters of a mediation.  Accordingly, the Trustee and SWSS have not participated in any mediation and do not have any current plans to participate in any mediation.[1]

4.      On February 6, 2020, SWSS filed its *First And Final Application For Allowance Of Fees And Reimbursement Of Expenses* [Docket No. 560] (the "SWSS Fee Application"), and unilaterally scheduled a hearing on the SWSS Fee Application for March 5, 2020, instead of April 1, 2020 as the Trustee had expected would be the case.

5.      The Trustee requested that SWSS agree to continue the hearing on the SWSS Fee Application to April 1, 2020 (and related briefing deadlines) because the Trustee and his counsel are presently involved in preparing for the two mediations with Hogan Lovells and Arent Fox referenced in footnote 1 below, and (a) it would be burdensome for the Trustee to address the SWSS Fee Application at the same time as the two mediations; (b) it would detract from the Trustee's substantial required briefing and preparation for those two mediations; and (c) it would potentially require the Trustee to disclose confidential information in any opposition or

---

[1] The Trustee and Hogan Lovells will be participating in a mediation on February 19, 2020, and the Trustee and Arent Fox will be participating in a mediation on March 4, 2020 – both before Judge Jury, and the parties have all previously entered into stipulations that were approved by the Court that adjusted their various briefing schedules on final fee applications if no settlements are reached at the mediations.

2

response to the SWSS Fee Application, while the two mediations are still pending. The Trustee explained this to SWSS and requested that SWSS agree to continue the hearing on the SWSS Fee Application to April 1, 2020. Jack Schindler ("Schindler"), through his counsel Don Vaughn, made a similar request to SWSS.

6. SWSS consented to the Trustee's request but only with respect to the Trustee and the United States Trustee. On February 11, 2020, the Trustee and SWSS filed a stipulation [Docket No. 563] with the Court (the "Stipulation") in which they requested the Court to continue the hearing on the SWSS Fee Application and related briefing deadlines with respect only to the Trustee and the United States Trustee. SWSS was not willing to include Schindler in the Stipulation, except on other terms that were not acceptable to Schindler. An order approving the Stipulation (which does not include Schindler) is pending.

7. The Stipulation provides that "SWSS desires to have the March 5, 2020 hearing date remain on calendar as a status conference only as to any objections filed to the [SWSS] Fee Application other than by the Trustee or the United States Trustee, neither of whom are required to file any response to the [SWSS] Fee Application in connection with any March 5, 2020 hearing. The Trustee takes no position in this regard, but this request of SWSS is without prejudice to the rights of any other party."

8. Thus, if the Stipulation is approved by the Court, then on March 5, 2020, at 9:30 a.m., the Court will hold a status conference with respect the SWSS Fee Application and any responses or oppositions to the SWSS Fee Application filed by Schindler or any other party in interest other than the Trustee or the United States Trustee; and the Court will thereafter conduct a substantive hearing on the SWSS Fee Application on April 1, 2020, at 10:00 a.m., or at such other time as determined by the Court following the March 5, 2020 status conference.

9. Pursuant to the Stipulation, the Trustee and SWSS agreed that the deadline for the Trustee and the United States Trustee to file a response to the Fee Application will be extended to March 18, 2020 (the "Extended Response Deadline"), and any reply that SWSS desires to file will be extended to March 25, 2020.

3

10. In the Stipulation, the Trustee agreed not to request any further discovery from SWSS provided the hearing on the SWSS Fee Application held on April 1, 2020, at 10:00 a.m. is a substantive hearing on the SWSS Fee Application. The Stipulation further provides that while the Trustee does not currently anticipate requesting any further discovery from SWSS, if the Court decides that the hearing on the SWSS Fee Application held on April 1, 2020, at 10:00 a.m. is not a substantive hearing on the SWSS Fee Application, the Trustee reserves the right to request additional discovery from SWSS.

Dated: February 14, 2020

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: */s/ Krikor J. Meshefejian*
    RON BENDER
    BETH ANN R. YOUNG
    KRIKOR J. MESHEFEJIAN
Attorneys for David K. Gottlieb, Chapter 11 Trustee

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **CHAPTER 11 TRUSTEE'S STATUS REPORT REGARDING STATUS OF SETTLEMENT WITH SOLOMON WARD SEIDENWURM & SMITH, LLP** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 14, 2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Christine E. Baur     christine@baurbklaw.com, admin@baurbklaw.com**
- **Ron Bender     rb@lnbyb.com, bry@lnbyb.com**
- **Anthony Bisconti     tbisconti@bienertkatzman.com, admin@bienertkatzman.com;4579179420@filings.docketbird.com**
- **Michael D. Breslauer     mbreslauer@swsslaw.com, wyones@swsslaw.com**
- **John W. Cutchin     jcutchin@san.rr.com**
- **Jesse S. Finlayson     jfinlayson@ftrlfirm.com, bmendoza@ftrlfirm.com**
- **Douglas Flahaut     flahaut.douglas@arentfox.com**
- **Lauren Nicole Gans     lgans@shensonlawgroup.com, jshenson@shensonlawgroup.com**
- **Todd S. Garan     ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com**
- **David Gottlieb     dkgtrustee@dkgallc.com, rjohnson@dkgallc.com;dgottlieb1@iq7technology.com**
- **Christopher V. Hawkins     hawkins@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com**
- **Krikor John Meshefejian     kjm@lnbyb.com**
- **Aram Ordubegian     ordubegian.aram@arentfox.com**
- **David Ortiz     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov**
- **Michael L. Turrill     michael.turrill@hoganlovells.com, elizabeth.goncharov@hoganlovells.com;tiffany.dejonge@hoganlovells.com;jamie.wood@hoganlovells.com;LADocketing@hoganlovells.com**
- **United States Trustee     ustp.region15@usdoj.gov**
- **Donald A. Vaughn     dav@vv-law.com, etopol@vv-law.com**
- **Christopher K.S. Wong     christopher.wong@arentfox.com**
- **Beth Ann R. Young     bry@lnbyb.com**

**2**. **SERVED BY UNITED STATES MAIL**: On **February 14, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 14, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 14, 2020** | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |